# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
1925 CENTURY PARK EAST, SUITE 500
LOS ANGELES, CALIFORNIA 90067-2506
310.556.8861
FAX: 310.553.2165
EBGLAW.COM

WILLIAM O. STEIN
310.557.9558
WSTEIN@EBGLAW.COM

September 10, 2010

**VIA E-FILE**

U.S. Magistrate Judge Joseph C. Spero
United States District Court – Northern District
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:  *Steven Jackson v. Simon Property Group, Inc.*
          USDC/Northern District Case No. CV-02521-JCS

Dear Judge Spero:

    I am writing to request to appear telephonically at the Case Management Conference scheduled for September 17, 2010 in the above-referenced matter.  I will be attending court ordered depositions in New Jersey September 13-17, 2010 in an Orange County Superior Court pending matter entitled *Leezette Lopatic v. Celgene Corporation*, Case No. 30-2008 00115013, Honorable Franz E. Miller presiding.

    I can be reached at 973.848.7702 for the Case Management Conference call.

    Thank you for your prompt attention to the above.

                              Sincerely,

                              /S/ William O. Stein

WOS:le
cc:    Eugene T. Franklin

IT IS SO ORDERED
Judge Joseph C. Spero
Dated: 9/10/10

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

LA:776213v1