Eugene T. Franklin [SBN 124881]
Barbara F. Green [SBN 150320]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone: (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
Steven D. Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven D. Jackson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Simon Property Group, Incorporated a Delaware corporation and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No.: C 10-02521 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE HEARING DATE FOR DEFENDANT SIMON PROPERTY GROUP'S SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Counsel for the parties stipulate and agree that Defendant Simon Property Group, Incorporated's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment scheduled for April 29, 2011, at 9:30 a.m. be re-scheduled to May 13, 2011, at 9:30 a.m.

The re-scheduling of the hearing will allow plaintiff's counsel an opportunity to depose defendant's decision-makers for preparation of plaintiff's opposition to defendant's motion. The depositions will occur on March 31 and April 1, 2011, via tele-conference with the deponents and their counsel in Indianapolis, Indiana and plaintiff's counsel in San Francisco, California.

In arranging the depositions of defendant's decision-makers, a dispute arose between the parties as to the location and dates for the depositions. The defendant's

-1-

decision-makers' work site is at defendant's corporate headquarters in Indianapolis, Indiana. Plaintiff had previously set the depositions for March 3 and March 4, 2011; and then on March 17 and March 21, 2011, in Hayward, California, to which dates and location defendant did not agree. After several meet-and-confer conferences, the parties have agreed upon the location and time for the depositions as heretofore stated.

In addition, rescheduling the hearing of defendant's motion for summary judgment will allow defendant's counsel sufficient time to prepare its reply brief. Defendant's lead counsel, William O. Stein, will be in trial in Los Angeles County Superior Court in Koehn v. Regency Theatres at the same time defendant's reply is currently due. Koehn was initially set for trail on March 8, 2011, but was continued.

According, counsel for the parties stipulate and agree that Defendant Simon Property, Incorporated's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment be rescheduled to May 13, 2011, at 9:30 a.m.

Dated: March 30, 2011  FRANKLIN EMPLOYMENT LAW GROUP

By: _____/s/ Eugene T. Franklin_____
EUGENE T. FRANKLIN
BARBARA F. GREEN
Attorneys For Plaintiff

Dated: March 30, 2011  EPSTEIN BECKER & GREEN, P. C.

By: _____/s/ Brooke A. Brown_____
WILLIAM O. STEIN
Brooke A. Brown
Attorneys for Defendant

/ / /
/ / /
/ / /
/ / /

-2-

**STIPULATION AND [PROPOSED] ORDER CHANGING THE HEARING DATE FOR DEFENDANT SIMON PROPERTY GROUP'S SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [CASE NO.: C 10-02521 JCS]**

Based on the Stipulation of the parties and GOOD CAUSE appearing:

IT IS ORDERED:

That Defendant Simon Property Group, Incorporated's Motion for Summary Judgment or, in the Alterative, for Partial Summary Judgment scheduled for April 29, 2011, is rescheduled to May ~~13,~~ 20 2011, at 9:30 a.m. Plaintiff's opposition shall be e/filed not later than April 22, 2011, and defendant's reply brief shall be e/filed not later than April 29, 2011. The further CMC is rescheduled for 5/20/11 at 9:30 a.m.

Dated: April 1, 2011

_____
Joseph C. Spero
Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

-3-

**STIPULATION AND [PROPOSED] ORDER CHANGING THE HEARING DATE FOR DEFENDANT SIMON PROPERTY GROUP'S SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [CASE NO.: C 10-02521 JCS]**